**Order entered May 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01505-CV

**DALLAS NATIONAL INSURANCE COMPANY, Appellant**

**V.**

**CALITEX CORP., ELSHIR ENTERPRISES, L.P. AND THOMAS, L.P., Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-14157**

## ORDER

By notice filed May 5, 2014, appellant informs us that it has been deemed an impaired insurer and placed into rehabilitation by Order of the Court of Chancery of the State of Delaware. Attached to the notice is a "Rehabilitation and Injunction Order" entered by the Chancery Court. Accordingly, pursuant to section 462.309 of the Texas Insurance Code, this appeal is automatically **STAYED** for a period of six months from the date appellant was deemed impaired–-April 28, 2014. *See Tex. Ins. Code Ann.* 462.309(a) (West 2009). It shall be reinstated October 6, 2014. *See* TEX. R. APP. P. 4.1(a).

/s/    ELIZABETH LANG-MIERS
        JUSTICE